# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RALPH HOWARD BLAKELY,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK PETERSON and J. DOE TONHOFER, M.D.,<br><br>    Defendants. | NO: 2:18-CV-0081-TOR<br><br>ORDER GRANTING REQUEST FOR EXPEDITED HEARING AND DENYING SECOND MOTION FOR INJUNCTIVE RELIEF |

BEFORE THE COURT is Plaintiff's second Motion for injunctive relief, for which he seeks expedited review. ECF No. 14. Plaintiff, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se* and *in forma pauperis;* Defendants have not been served. The Motion was considered without oral argument on the date signed below.

By Order filed April 6, 2018, ECF No. 13, the Court denied Plaintiff's initial Motion for injunctive relief, ECF No. 8. Plaintiff had sought the return of his wheelchair and a prescription for a particular medication. At that time, the Court

ORDER GRANTING REQUEST FOR EXPEDITED HEARING AND
DENYING SECOND MOTION FOR INJUNCTIVE RELIEF -- 1

lacked jurisdiction to address Plaintiff's motion for injunctive relief as he had not yet filed a legally sufficient complaint. *See* generally Fed. R. Civ. P. 3 and the notes following the rule.

The Court found Plaintiff's initial complaint failed to state a claim upon which relief may be granted and directed Plaintiff to amend or voluntarily dismiss within sixty (60) days. ECF No. 13. Plaintiff has not complied with that directive.

For the reasons set forth above and in the Court's prior Order, ECF No. 13 at 16, **IT IS ORDERED** Plaintiff's request for expedited review is **GRANTED**, but the Motion for Injunctive Relief, ECF No. 14, is **DENIED** with leave to renew after Plaintiff has submitted a legally sufficient complaint. Plaintiff is again encouraged to pursue medical treatment at his incarcerating facility and to file medical grievances when appropriate.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff.

**DATED** April 17, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING REQUEST FOR EXPEDITED HEARING AND
DENYING SECOND MOTION FOR INJUNCTIVE RELIEF -- 2