CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Office of the Attorney General
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RALPH HOWARD BLAKELY,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK PETERSON, PA-C and<br>DEBORAH J. TONHOFER, M.D.,<br><br>Defendants. | NO. 2:18-cv-0081-TOR<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(PROPOSED) |

The Court, having reviewed Plaintiff's Complaint, Defendants' Motion for Summary Judgment and the records and files herein, and the materials submitted in support and in opposition to Defendants' Motion for Summary Judgment; does hereby find and **ORDER**:

1. Defendants' Motion for Summary Judgment is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED** with prejudice.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
NO. 2:18-cv-0081-TOR

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

3. The Clerk of the Court is instructed to send uncertified copies of this Order to the Plaintiff and counsel for the Defendants.

DATED this _____ day of _____, 2019.

_____
JUDGE THOMAS O. RICE
United States District Court Judge

Presented By:

ROBERT W. FERGUSON
Attorney General

s/ Candie M. Dibble
CANDIE M. DIBBLE, WSBA #42279
Assistant Attorney General
Corrections Division
Attorneys for Defendants

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
NO. 2:18-cv-0081-TOR

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123