# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RALPH HOWARD BLAKELY | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| PATRICK PETERSON, PA-C, and | ) |
| DR. DEBORAH J. TONHOFER, | |
| *Defendant* | |

Civil Action No.  2:18-CV-0081-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Patrick Peterson and Dr. Deborah J. Tonhofer's Motion for Summary Judgment (ECF No. 45) is GRANTED. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge        Thomas O. Rice

Date:  January 27, 2020

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen